NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANLEY PRZYBYLSKI,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7190

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0145 Judge Mary J. Schoelen.

---

**ON MOTION**

---

# ORDER

Stanley Przybylski moves to file his brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 9 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Stanley Przybylski
　　Renee Gerber, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

NOV 2 9 2011

**JAN HORBALY**
**CLERK**